**FILED**

**01/17/2024**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
_Southern_ District of _INDIANA_

|  |  |
|---|---|
| _Allen Gaines Jr._<br>Petitioner | ) <br> ) <br> ) <br> ) |
| v. | )    Case No.   2:24-cv-00021-MPB-MG <br> )         _(Supplied by Clerk of Court)_ |
| _Warden J. Wadas_<br>Respondent <br> _(name of warden or authorized person having custody of petitioner)_ | ) <br> ) <br> ) |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: _Allen Gaines Jr._

   (b) Other names you have used: _____

2. Place of confinement:

   (a) Name of institution: _FCI Terre Haute Federal Correctional Institution_

   (b) Address: _P.O. Box 33_
   _Terre Haute, IN 47808-0033_

   (c) Your identification number: _14701-047_

3. Are you currently being held on orders by:

   ☑ Federal authorities     ☐ State authorities     ☐ Other - explain:

   _____

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)

   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

   If you are currently serving a sentence, provide:

   (a) Name and location of court that sentenced you: _U.S. District Court_
   _Southern District of Iowa (central)_

   (b) Docket number of criminal case: _4:16-cr-00096-JAJ-CFB-2_

   (c) Date of sentencing: _January 26, 2017_

   ☐ Being held on an immigration charge

   ☐ Other _(explain)_: _____

   _____
   _____
   _____

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: _____
_____
_____

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: _____
_____

(b) Docket number, case number, or opinion number: _____

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
_____
_____
_____

(d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes    ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: *FCI Terre Haute Unit Team*

(2) Date of filing: *7-5-2023*

(3) Docket number, case number, or opinion number: _____

(4) Result: *NO Response*

(5) Date of result: _____

(6) Issues raised: *Application of First Step Act Time Credit*
_____
*SEE Ex 1*

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

_____

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes          ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: *FCI Unit TEAM*

(2) Date of filing: *7-28-2023*

(3) Docket number, case number, or opinion number: _____

(4) Result: *No : Respones Second Request*

(5) Date of result: _____

(6) Issues raised: *Application of First STEp Act Time Credit.*

*SEE Ex 2*

(b) If you answered "No," explain why you did not file a second appeal: _____

_____

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: *FCI Warden*

(2) Date of filing: *7-28 2023*

(3) Docket number, case number, or opinion number: _____

(4) Result: *No : BESpones*

(5) Date of result: _____

(6) Issues raised: *Application of First STEp ACT Time Credit.*

*SEE Ex 3, 4, 5*

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal:  _____

_____

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes      ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes            ☑ No

If "Yes," provide:

(1) Name of court:  _____

(2) Case number:  _____

(3) Date of filing:  _____

(4) Result:  _____

(5) Date of result:  _____

(6) Issues raised:  _____

_____

_____

_____

_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes            ☑ No

If "Yes," provide:

(1) Name of court:  _____

(2) Case number:  _____

(3) Date of filing:  _____

(4) Result:  _____

(5) Date of result:  _____

(6) Issues raised:  _____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
        conviction or sentence: _____

_____

_____

_____

_____

_____

_____

11.    **Appeals of immigration proceedings**

        Does this case concern immigration proceedings?

        ☐ Yes                    ☑ No

        If "Yes," provide:

(a)     Date you were taken into immigration custody: _____

(b)     Date of the removal or reinstatement order: _____

(c)     Did you file an appeal with the Board of Immigration Appeals?

        ☐ Yes                    ☑ No

        If "Yes," provide:

        (1) Date of filing: _____

        (2) Case number: _____

        (3) Result: _____

        (4) Date of result: _____

        (5) Issues raised: _____

_____

_____

_____

_____

(d)     Did you appeal the decision to the United States Court of Appeals?

        ☐ Yes                    ☐ No

        If "Yes," provide:

        (1) Name of court: _____

        (2) Date of filing: _____

        (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: _Non posting My (FSA) First Step Act earned time credit towards My Sentence Monitoring Computation Data._

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_SEE Ex. A And Ex. B_

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes          ☐ No

GROUND TWO: _My Case Manger informed me that My Halfway House is June 5, 2024, which is below the 1 year given by the Second Chance Act. My Home Detention Eligibility Date is July 25, 2024._ ~~SEE EX~~

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_SEE Ex. A_

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes          ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes          ☐ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b)  Did you present Ground Four in all appeals that were available to you?

☐ Yes          ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
       not: _____

_____

_____

_____

## Request for Relief

15.  State exactly what you want the court to do: I Request an amended judgement
to Reflect the calculation of My (FSA) First Step Act
Earned Time Credit, And 1 year for the Second Chance Act
(SCA)

_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_1-10-2024_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _1-10-2024_                     _Allen Haines Jr._

                                      *Signature of Petitioner*


_____

                                      *Signature of Attorney or other authorized person, if any*

*Certified Mail*
*7013 1090 0000 0639 5950*