UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ALLEN GAINES, JR., | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:24-cv-00021-MPB-MG ) |
| J. WADAS, | ) ) ) |
| Respondent. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. Allen Gaines, Jr.'s, petition for writ of habeas corpus is dismissed with prejudice.

Dated: May 7, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

ALLEN GAINES, JR.
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808